IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MULTI MEDIA, LLC. <br> a California Limited Liability Corporation, <br><br> PLAINTIFF, <br><br> v. <br><br> MATTHEW COOK, <br><br> DEFENDANT, | ) <br> ) <br> ) <br> ) <br> )    NO. 1:16-cv-06571 <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF JASON A. FISCHER

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, JASON A. FISCHER, hereby swear and affirm the following:

1. My name is Jason A. Fischer, and I am over the age of 18.

2. Each of the following statements is made based upon my personal knowledge of the matters asserted. If called as a witness, I could and would so competently testify.

3. I am a resident of the state of Florida.

4. I am an attorney licensed to practice in Florida and California.

5. I am general counsel to Multi Media, LLC ("MM"), Plaintiff in the above-captioned matter.

6. Starting on or about February 13, 2016, an individual began making fraudulent purchases on MM's website, Chaturbate.com (the "Website"), using stolen credit cards. This activity has continued for several months, up to date of this Affidavit.

7. The individual making these fraudulent purchases followed a pattern of conduct that clearly indicated that all activity was perpetrated by the same individual, despite the fact that



EXHIBIT "A"

many different user accounts were created using many different email addresses. One such pattern indicator is that several of the accounts accessed the Website using the same internet protocol ("IP") address.

8. For example, on August 15, 2016, each of the following account names were used to make fraudulent purchases on the Website, all from the same IP address (208.54.32.225): goodboy780, polodraws, offtheporch, koolintwo, hanginup, pastwayz

9. Upon information and belief, this same pattern of fraudulent activity has been followed using all of the following usernames and IP addresses:

| Username | Date | IP Address | ISP |
| --- | --- | --- | --- |
| tattmyname | February 13, 2016 | 50.158.191.156 | Comcast |
| tattmyname2 | February 13, 2016 | 50.158.191.156 | Comcast |
| tretre0201 | February 13, 2016 | 172.56.17.84 | T-Mobile |
| kingko2 | February 14, 2016 | 208.54.80.202 | T-Mobile |
| kingko3 | February 14, 2016 | 50.158.191.156 | Comcast |
| kingko4 | February 14, 2016 | 50.158.191.156 | Comcast |
| kingko5 | February 14, 2016 | 50.158.191.156 | Comcast |
| tattmyname3 | February 14, 2016 | 50.158.191.156 | Comcast |
| tattmyname4 | February 14, 2016 | 50.158.191.156 | Comcast |
| tattmyname5 | February 15, 2016 | 50.158.191.156 | Comcast |
| tattmyname6 | February 15, 2016 | 50.158.191.156 | Comcast |
| justtatt2 | February 17, 2016 | 172.58.136.131 | T-Mobile |
| justtatt3 | February 17, 2016 | 50.158.191.156 | Comcast |
| kingjefeh | February 18, 2016 | 50.158.191.156 | Comcast |
| kingjefeh2 | February 18, 2016 | 50.158.191.156 | Comcast |
| imkingjefeh | February 22, 2016 | 172.56.12.59 | T-Mobile |
| jeremiahluv3 | February 22, 2016 | 172.56.12.59 | T-Mobile |
| kingko7 | February 22, 2016 | 172.56.12.59 | T-Mobile |
| kingko8 | February 22, 2016 | 50.158.191.156 | Comcast |
| jimmydoro | February 23, 2016 | 50.158.191.156 | Comcast |
| kissmytatt2s | February 23, 2016 | 172.56.12.194 | T-Mobile |
| lickmytattt2s | February 23, 2016 | 172.56.12.194 | T-Mobile |
| lickonmytatts | February 23, 2016 | 172.56.12.194 | T-Mobile |
| tattmysoul | February 23, 2016 | 172.56.12.194 | T-Mobile |
| jimmychu2 | February 24, 2016 | 172.56.12.194 | T-Mobile |

| Username | Date | IP Address | ISP |
| --- | --- | --- | --- |
| jimmydoro2 | February 24, 2016 | 172.56.12.194 | T-Mobile |
| jimmydoro3 | February 24, 2016 | 172.56.12.194 | T-Mobile |
| tatt2time | February 24, 2016 | 172.56.12.194 | T-Mobile |
| jimmychuu19 | February 27, 2016 | 50.158.191.156 | Comcast |
| camgriffin | March 9, 2016 | 172.56.13.67 | T-Mobile |
| dannychaser3 | March 9, 2016 | 172.58.136.182 | T-Mobile |
| jeffking22 | March 9, 2016 | 172.56.13.67 | T-Mobile |
| darkokenny | March 10, 2016 | 172.58.136.182 | T-Mobile |
| justpolo | March 13, 2016 | 208.54.80.199 | T-Mobile |
| genosimpson | March 14, 2016 | 50.158.191.156 | Comcast |
| kaponeluv | March 14, 2016 | 172.58.137.19 | T-Mobile |
| hendog8 | March 18, 2016 | 172.56.21.37 | T-Mobile |
| tonythrill | March 18, 2016 | 172.56.21.37 | T-Mobile |
| codienefeen | March 22, 2016 | 172.56.12.171 | T-Mobile |
| dawgworld | March 22, 2016 | 172.56.12.171 | T-Mobile |
| jimmiegeno | March 22, 2016 | 172.56.12.171 | T-Mobile |
| kennydawgg | March 22, 2016 | 172.56.12.171 | T-Mobile |
| leanlantern | March 22, 2016 | 50.158.191.156 | Comcast |
| kendawg10 | March 23, 2016 | 208.54.80.180 | T-Mobile |
| purple_reign | March 23, 2016 | 208.54.80.180 | T-Mobile |
| purpreign | March 26, 2016 | 172.56.13.28 | T-Mobile |
| purpysoul | March 28, 2016 | 50.158.191.156 | Comcast |
| mustbelove7 | April 3, 2016 | 50.158.191.156 | Comcast |
| purplereignn | April 4, 2016 | 172.56.12.91 | T-Mobile |
| durkboy069 | April 8, 2016 | 172.56.12.200 | T-Mobile |
| kushfiend | April 8, 2016 | 50.158.191.156 | Comcast |
| pappychoo | April 8, 2016 | 172.56.13.224 | T-Mobile |
| pappychuu | April 9, 2016 | 208.54.80.248 | T-Mobile |
| durkboy089 | April 11, 2016 | 50.158.191.156 | Comcast |
| durkboy096 | April 11, 2016 | 172.56.13.112 | T-Mobile |
| jimmychhuu | April 11, 2016 | 172.56.13.243 | T-Mobile |
| kingjimmy69 | April 11, 2016 | 172.56.13.112 | T-Mobile |
| pappychu | April 11, 2016 | 172.58.137.96 | T-Mobile |
| johnnygeeno | April 12, 2016 | 50.158.191.156 | Comcast |
| kingpappy | April 12, 2016 | 172.56.12.228 | T-Mobile |
| nickdoro | April 12, 2016 | 172.56.13.243 | T-Mobile |
| reedrichie | April 12, 2016 | 172.56.13.243 | T-Mobile |
| reedrichman | April 12, 2016 | 172.56.13.243 | T-Mobile |
| pappyjr | April 14, 2016 | 172.56.20.96 | T-Mobile |

| Username | Date | IP Address | ISP |
|---|---|---|---|
| jimmycoo | April 15, 2016 | 172.56.13.215 | T-Mobile |
| kingkenny96 | April 15, 2016 | 172.56.13.215 | T-Mobile |
| nolovebabyy | April 15, 2016 | 172.56.13.215 | T-Mobile |
| sweetermann | April 15, 2016 | 172.56.13.215 | T-Mobile |
| iampappy | April 17, 2016 | 172.56.13.7 | T-Mobile |
| jimmycooo | April 17, 2016 | 172.56.13.7 | T-Mobile |
| johnnycinko | April 17, 2016 | 172.56.12.168 | T-Mobile |
| kingjoffy7 | April 17, 2016 | 172.56.13.7 | T-Mobile |
| kingk96 | April 17, 2016 | 208.54.80.204 | T-Mobile |
| kingk97 | April 17, 2016 | 208.54.80.204 | T-Mobile |
| kingrico96 | April 17, 2016 | 172.56.13.7 | T-Mobile |
| vegasjimmy | April 17, 2016 | 172.56.13.7 | T-Mobile |
| findyourluv | April 19, 2016 | 172.58.145.189 | T-Mobile |
| goodonesgo | April 19, 2016 | 172.58.137.9 | T-Mobile |
| jimmyycoo | April 19, 2016 | 172.58.137.9 | T-Mobile |
| kingkeeno | April 19, 2016 | 172.58.137.9 | T-Mobile |
| purplyfe | April 19, 2016 | 208.54.80.203 | T-Mobile |
| slowthemotion | April 19, 2016 | 172.58.145.189 | T-Mobile |
| wantthisforeva | April 19, 2016 | 172.58.145.189 | T-Mobile |
| futurehendrixx | April 20, 2016 | 172.56.12.137 | T-Mobile |
| hennessyme | April 20, 2016 | 172.56.12.137 | T-Mobile |
| forevamine | April 21, 2016 | 172.58.136.176 | T-Mobile |
| kingkatoh | April 21, 2016 | 172.58.136.176 | T-Mobile |
| kopiluv | April 21, 2016 | 172.58.136.176 | T-Mobile |
| makemeproudd | April 21, 2016 | 172.58.136.176 | T-Mobile |
| poloboy08 | April 21, 2016 | 172.58.136.176 | T-Mobile |
| vegasjustin | April 21, 2016 | 172.58.136.176 | T-Mobile |
| jodeciluv | April 24, 2016 | 172.56.12.169 | T-Mobile |
| parismorton | April 24, 2016 | 172.56.12.169 | T-Mobile |
| rockstarjimmy | April 24, 2016 | 172.56.12.169 | T-Mobile |
| affairslove | April 25, 2016 | 172.56.12.54 | T-Mobile |
| faithfulflirt | April 25, 2016 | 172.56.12.54 | T-Mobile |
| higherpowers | April 25, 2016 | 172.56.12.54 | T-Mobile |
| jasondinero | April 25, 2016 | 50.158.191.156 | Comcast |
| jodeciluvv | April 25, 2016 | 172.56.12.54 | T-Mobile |
| mackmenzie | April 25, 2016 | 172.56.12.54 | T-Mobile |
| ricohill88 | April 25, 2016 | 172.56.12.112 | T-Mobile |
| vaginakiller96 | April 25, 2016 | 172.56.12.70 | T-Mobile |
| carsonluv | April 26, 2016 | 172.56.12.60 | T-Mobile |

| Username | Date | IP Address | ISP |
| --- | --- | --- | --- |
| faithfullflirt | April 26, 2016 | 172.56.12.60 | T-Mobile |
| isitallmine | April 26, 2016 | 172.56.12.60 | T-Mobile |
| jasondeniro | April 26, 2016 | 172.56.12.60 | T-Mobile |
| kingjeff98 | April 26, 2016 | 172.56.12.60 | T-Mobile |
| parismortin | April 26, 2016 | 172.56.12.60 | T-Mobile |
| ronnieneal | April 26, 2016 | 172.56.12.60 | T-Mobile |
| asapjocky | April 27, 2016 | 172.58.137.180 | T-Mobile |
| faithfulflirtt | April 27, 2016 | 172.58.137.180 | T-Mobile |
| jodeciiluv | April 27, 2016 | 172.58.137.180 | T-Mobile |
| kingeeno | April 27, 2016 | 172.58.136.33 | T-Mobile |
| kingjeff86 | April 27, 2016 | 172.58.137.180 | T-Mobile |
| kingjeff89 | April 27, 2016 | 172.58.137.180 | T-Mobile |
| mackdaddy00 | April 27, 2016 | 172.58.137.44 | T-Mobile |
| parismortinn | April 27, 2016 | 172.58.137.180 | T-Mobile |
| vegasboy00 | April 27, 2016 | 172.56.13.162 | T-Mobile |
| xannyfamilyy | April 28, 2016 | 172.56.12.43 | T-Mobile |
| asapjockyy | April 28, 2016 | 172.56.13.181 | T-Mobile |
| slimdaddy00 | April 28, 2016 | 172.56.13.186 | T-Mobile |
| dreamworld8 | April 29, 2016 | 172.58.136.243 | T-Mobile |
| hypnocarlito | April 29, 2016 | 208.54.80.220 | T-Mobile |
| teejaywill | April 29, 2016 | 208.54.80.220 | T-Mobile |
| vegasboy09 | April 29, 2016 | 172.58.136.243 | T-Mobile |
| 6upsidedown | April 30, 2016 | 172.58.137.187 | T-Mobile |
| asapjovky | April 30, 2016 | 172.56.12.167 | T-Mobile |
| giveyoutheworld | April 30, 2016 | 172.58.137.187 | T-Mobile |
| jimmyychoo | April 30, 2016 | 172.58.137.187 | T-Mobile |
| jodecieluv | April 30, 2016 | 172.58.137.187 | T-Mobile |
| juicemanred | April 30, 2016 | 172.56.12.167 | T-Mobile |
| muchalive | April 30, 2016 | 172.58.137.187 | T-Mobile |
| parismartin | April 30, 2016 | 172.56.12.167 | T-Mobile |
| piperboy | April 30, 2016 | 172.56.12.167 | T-Mobile |
| slimdaddy09 | April 30, 2016 | 172.58.137.187 | T-Mobile |
| hoopstar23 | May 3, 2016 | 50.158.191.156 | Comcast |
| lovedaddy00 | May 3, 2016 | 172.56.13.208 | T-Mobile |
| brandnewluv | May 4, 2016 | 172.58.136.241 | T-Mobile |
| controllaa | May 4, 2016 | 172.58.136.241 | T-Mobile |
| feelaway | May 4, 2016 | 172.58.136.241 | T-Mobile |
| johnnynasty | May 4, 2016 | 172.58.136.241 | T-Mobile |
| kingdaddy90 | May 4, 2016 | 172.56.13.185 | T-Mobile |

| Username | Date | IP Address | ISP |
|---|---|---|---|
| kingnasty90 | May 4, 2016 | 172.58.136.241 | T-Mobile |
| louievee90 | May 4, 2016 | 172.58.136.241 | T-Mobile |
| nastyjimmy | May 4, 2016 | 172.58.136.241 | T-Mobile |
| ohyeahbaby95 | May 4, 2016 | 172.58.136.241 | T-Mobile |
| redemptionmind | May 4, 2016 | 172.58.136.241 | T-Mobile |
| summersover | May 5, 2016 | 208.54.80.194 | T-Mobile |
| crewluvv | May 11, 2016 | 172.56.12.89 | T-Mobile |
| freakyzeeko | May 11, 2016 | 172.56.12.89 | T-Mobile |
| joneslukas | May 11, 2016 | 172.56.12.89 | T-Mobile |
| legendlouch | May 11, 2016 | 172.58.137.125 | T-Mobile |
| majestykagi | May 11, 2016 | 172.56.12.89 | T-Mobile |
| muchcloser | May 11, 2016 | 172.58.136.6 | T-Mobile |
| scholarships | May 11, 2016 | 172.56.12.89 | T-Mobile |
| suavehooper | May 11, 2016 | 172.56.12.89 | T-Mobile |
| toast2daking | May 11, 2016 | 172.56.12.89 | T-Mobile |
| makeaway | May 18, 2016 | 172.56.13.32 | T-Mobile |
| plutotime | May 18, 2016 | 172.56.13.32 | T-Mobile |
| mamasboy98 | May 19, 2016 | 172.56.13.177 | T-Mobile |
| mixedfeelin | May 19, 2016 | 172.56.12.191 | T-Mobile |
| normantates | May 19, 2016 | 172.56.13.177 | T-Mobile |
| theluvisreal | May 19, 2016 | 172.56.13.177 | T-Mobile |
| vellthevillain | May 20, 2016 | 172.56.13.196 | T-Mobile |
| frescoe | May 21, 2016 | 208.54.80.167 | T-Mobile |
| leanfeen | May 23, 2016 | 208.54.80.180 | T-Mobile |
| doobie09 | May 24, 2016 | 172.58.137.229 | T-Mobile |
| kodakbrown | May 24, 2016 | 172.58.137.229 | T-Mobile |
| lightandblaze | May 24, 2016 | 172.58.137.119 | T-Mobile |
| rustylormin | May 24, 2016 | 172.58.137.119 | T-Mobile |
| vodkaemotions | May 24, 2016 | 172.56.12.203 | T-Mobile |
| hypnoticarto | May 25, 2016 | 172.58.137.194 | T-Mobile |
| kingwise | May 25, 2016 | 172.58.137.194 | T-Mobile |
| montana98 | May 25, 2016 | 172.58.137.194 | T-Mobile |
| nerdyfresh | May 25, 2016 | 172.58.137.194 | T-Mobile |
| sweetdaddy069 | May 26, 2016 | 172.56.12.167 | T-Mobile |
| dankdonkey | May 28, 2016 | 172.56.13.249 | T-Mobile |
| drummafan | May 28, 2016 | 172.56.13.249 | T-Mobile |
| purecyse | May 28, 2016 | 172.56.13.249 | T-Mobile |
| separatemyself | May 28, 2016 | 172.56.12.113 | T-Mobile |
| donniebravo | May 29, 2016 | 172.58.137.104 | T-Mobile |

| Username | Date | IP Address | ISP |
|---|---|---|---|
| johnsummers8 | May 29, 2016 | 172.56.13.241 | T-Mobile |
| patronfeelin | May 29, 2016 | 172.58.137.104 | T-Mobile |
| trapstar9 | May 29, 2016 | 172.58.137.104 | T-Mobile |
| firstidrop | May 31, 2016 | 50.158.191.156 | Comcast |
| hotboyrico | May 31, 2016 | 50.158.191.156 | Comcast |
| mightbeluv | May 31, 2016 | 172.56.12.136 | T-Mobile |
| nightafternight | May 31, 2016 | 172.56.12.130 | T-Mobile |
| wipemedown2 | June 5, 2016 | 172.56.13.13 | T-Mobile |
| biglefty99 | June 7, 2016 | 172.58.137.24 | T-Mobile |
| birdmantj | June 7, 2016 | 172.56.13.155 | T-Mobile |
| chevyboyy | June 7, 2016 | 172.58.137.24 | T-Mobile |
| dramaking96 | June 7, 2016 | 172.56.13.155 | T-Mobile |
| jaydilla06 | June 7, 2016 | 172.58.137.24 | T-Mobile |
| loosekannon | June 7, 2016 | 172.58.137.143 | T-Mobile |
| trizracks | June 12, 2016 | 172.56.12.231 | T-Mobile |
| brysonthriller | June 12, 2016 | 172.56.12.231 | T-Mobile |
| highroller96 | June 13, 2016 | 172.58.136.41 | T-Mobile |
| klaybombson | June 20, 2016 | 172.56.17.216 | T-Mobile |
| badassboy88 | June 20, 2016 | 172.56.17.216 | T-Mobile |
| gooddaddyboy | June 20, 2016 | 172.56.17.216 | T-Mobile |
| putthissong | June 22, 2016 | 172.56.28.24 | T-Mobile |
| babymakah | June 22, 2016 | 172.56.28.24 | T-Mobile |
| jonesdrew70 | June 22, 2016 | 172.56.29.46 | T-Mobile |
| bigfredo96 | June 22, 2016 | 172.56.29.46 | T-Mobile |
| showmelove88 | June 1, 2016 | 208.54.80.167 | T-Mobile |

10. For each IP address listed above, I confirmed the associated ISP using the online database of IP address assignments provided to the public by the American Registry for Internet Numbers (https://www.arin.net).

11. Each IP address can be used to identify a rough geographical location where the assigned user is located. Using the database of IP address locations publicly available at http://ipinfodb.com, I was able to determine that the individual responsible for these fraudulent purchases on the Website was accessing the site from Chicago Heights, Illinois.

12. During the course of his use of the Website, the individual responsible for these fraudulent transactions provided several personal details about himself in chat messages, including his general location, telephone number, social networking usernames. From this information I was able to use publicly available search engine results to identify Matthew Cook ("Defendant") as the individual associated with this provided personal information. The provided information indicated that Defendant maintains a residence in Chicago, Illinois, which is consistent with the IP address location information I also found.

13. Over the course of the past approximately 45 days, I have been working with a local private investigator in Chicago, Jack Burke & Associates, Ltd., to perform a skip trace on Defendant and determine where Defendant might be located for service of process in the above-captioned litigation.

14. Our local investigator has visited Defendant's employer (identified on his Facebook page) and the home address of his known relatives. Based on our investigator's research, Defendant was recently scheduled to appear for a criminal court appearance, and our investigator attempted to track him down there, but Defendant failed to appear.

15. Despite diligent efforts, I have been unable to find Defendant for service of a summons and complaint in the above-captioned lawsuit.

FURTHER AFFIANT SAYETH NAUGHT

_____
Jason A. Fischer

::: NOTARY :::

The foregoing instrument was acknowledged before me this 31st day of August, 2016, by Jason A. Fischer, who is personally known to me.

LORENA COLOMBO
MY COMMISSION #FF026519
EXPIRES June 11, 2017
(407) 398-0153  FloridaNotaryService.com