IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MULTI MEDIA, LLC. ) <br> a California Limited Liability Corporation, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MATTHEW COOK, ) <br> ) <br> DEFENDANT, ) | NO. 1:16-cv-06571 |

**<u>AFFIDAVIT OF JASON A. FISCHER</u>**

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, JASON A. FISCHER, hereby swear and affirm the following:

1. My name is Jason A. Fischer, and I am over the age of 18.

2. Each of the following statements is made based upon my personal knowledge of the matters asserted. If called as a witness, I could and would so competently testify.

3. I am a resident of the state of Florida.

4. I am an attorney licensed to practice in Florida and California.

5. I am general counsel to Multi Media, LLC ("MM"), Plaintiff in the above-captioned matter.

6. MM is a very active and successful company that operates one of the most popular websites in the country, Chaturbate.com, which is ranked in the top 300 sites by Alexa.com and has nearly 100 million unique visitors each month.

7. In my experience, many of these 100 million users are interested in contacting the owners of MM, as is likely the case with any successful online social media company.

8. Revealing the names and domicile states of the individual members of MM in a public filing will likely lead to a flood of unwanted correspondence, attempted meetings, personal contact, and potentially stalking from members of the public.

9. I am aware of the identities of all five members of MM and their respective states of domicile, four of which are individuals and the fifth is another limited liability company having one individual member.

10. Of the five individuals who make up the ownership of MM, three have their principal residence in California, and the remaining two have their principal residence in Florida.

11. None of the five individuals who make up the ownership of MM maintain their principal residence in Illinois.

FURTHER AFFIANT SAYETH NAUGHT

_____
Jason A. Fischer

::: NOTARY :::

The foregoing instrument was acknowledged before me this 2nd day of September, 2016, by Jason A. Fischer, who is personally known to me.

_____
Lorena Colombo



LORENA COLOMBO
MY COMMISSION #FF026519
EXPIRES June 11, 2017
(407) 398-0153   FloridaNotaryService.com