UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Multimedia, LLC
                    Plaintiff,

v.                                          Case No.: 1:16–cv–06571
                                            Honorable John Robert Blakey

Matthew Cook
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 8, 2016:

    MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 9/8/2016 and continued to 11/9/2016 at 9:45 a.m. in Courtroom 1725. Plaintiff's motion for leave to serve third party subpoena [6] is granted. Plaintiff's motion for leave to file [8] is granted. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.